# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No:   17-04445 |
|    **Davan Williams** ) | |
| ) | Chapter:   Chapter 13 |
| Debtor ) | |
| ) | Judge:   Timothy A. Barnes |

## NOTICE OF MOTION

TO**:** See attached list

   PLEASE TAKE NOTICE that on June 25th, 2020 at 1:30PM, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, and present the **MOTION TO VACATE PAYROLL**, a copy of which is attached

   **This motion will be presented and heard telephonically**. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

   **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

   **By:**     */s/ Dale Riley*
                       Dale Riley
                       Geraci Law L.L.C.
                       55 E. Monroe Street #3400
                       Chicago, Illinois 60603
                       312.332.1800
                       ndil@geracilaw.com

## CERTIFICATE OF SERVICE

   I, Dale Riley, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 16, 2020 before 5:30 PM**.**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 17-04445 |
|    Davan Williams | ) | | |
| | ) | Chapter: | Chapter 13 |
|          Debtor | ) | | |
| | ) | Judge: | Timothy A. Barnes |

## LIST OF PARTIES SERVED

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL 60604

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Davan Chapel Williams, 7511 S Peoria 1st Fl, Chicago, IL 60620

Mercy Hospital and Medical Center, attn. Payroll, 2525 S. Michigan, Chicago, IL 60616

# IN THE UNITED STATES OF BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 17-04445 |
| Davan Williams | ) | | |
| Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Timothy A. Barnes |

### MOTION TO VACATE ORDER FOR PAYROLL CONTROL ENTERED ON 2/1/2018

NOW COMES the Debtor, Ms. Davan Williams (the "Debtor"), by and through her attorneys, Geraci Law L.L.C., to present her **MOTION TO VACATE ORDER FOR PAYROLL CONTROL ENTERED ON 2/1/2018 PURSUANT TO FED. R. BANKR. P. 9024,** and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).
2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 02/16/2017.
3. The plan was confirmed on 04/27/2017.
4. On 2/1/2018, the payroll control order was entered at the Debtor's consent. See Exhibit A.
5. The Debtor has completed all required plan payments and is awaiting only the Trustee's final audit for the case to close.

WHEREFORE, the Debtor, Ms. Davan Williams prays that this Court enter an order vacating the order for payroll control entered on 2/1/2018 and for such further additional relief that this Court may deem just and proper.

                                               /s/ Dale Riley
                                               Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800   (Fax):   877.247.1960